# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WADE EDWARD KELLEY, | ) | 1:06-cv-00156 LJO-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 18) |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| ROSANNE CAMPBELL, | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 3, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because of Petitioner's failure to prosecute the case. (Doc. 18). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. On April 24, 2008, Petitioner filed his objections as well as a declaration in support of those objections. (Docs. 19 & 20).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1 | a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's
2 | objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are
3 | supported by the record and proper analysis.
4 |     Accordingly, IT IS HEREBY ORDERED that:
5 |     1.    The Findings and Recommendations, filed April 3, 2008 (Doc. 18), is ADOPTED
6 |         IN FULL;
7 |     2.    This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
8 |     3.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.
9 | This order terminates the action in its entirety.
10 | IT IS SO ORDERED.
11 | **Dated:   April 29, 2008**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE